Brett M. Anders, Esq. (Bar ID #015201997)
Colleen S. Heckman, Esq. (Bar ID #163792015)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANT

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DEMETRA VAKKAS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:23-cv-02288-BRM-AME |
| | : | |
| v. | : | |
| | : | |
| AHS HOSPITAL CORP. d/b/a | : | |
| MORRISTOWN MEDICAL CENTER, | : | |
| ABC CORPORATIONS, XYZ | : | **STIPULATION OF DISMISSAL WITH** |
| CORPORATIONS/Related or Third Party | : | **PREJUDICE** |
| Entities, and JOHN AND JANE DOES 1- | : | |
| 10/Employees and/or third party employees, | : | |
| subcontractors, | : | |
| | : | |
| Defendants. | : | |

It is hereby stipulated and agreed by and between Plaintiff Demetra Vakkas and

Defendant AHS Hospital Corp. d/b/a Morristown Medical Center, through their undersigned

counsel, who are authorized to enter this stipulation, that Plaintiff's action against Defendant is

dismissed in its entirety with prejudice and without costs or attorneys' fees.

WIDMAN LAW FIRM, LLC                JACKSON LEWIS P.C.
2000 Shore Road, Suite 201          200 Connell Drive, Suite 2000
Linwood, New Jersey 08221           Berkeley Heights, New Jersey 07922
(609) 848-5692                      (908) 795-5200

By: _s/ Phyllis Widman_             By: _s/ Brett M. Anders_
       Phyllis Widman                      Brett M. Anders
       Attorney for Plaintiff             Colleen S. Heckman
                                          Attorneys for Defendant

April 26, 2024                      April 26, 2024

SO ORDERED: _____

DATED: 29 APRIL 2024